UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| GUY T. WOOLFOLK, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | Case No. 4:09CV367 HEA |
| | ) | |
| MICHAEL BOWERSOX, | ) | |
| | ) | |
| Respondent. | ) | |

## OPINION, MEMORANDUM AND ORDER

This matter is before the Court on Magistrate Judge Noce's Report and Recommendation of February 15, 2012. Judge Noce recommends that Petitioner's Petition for Writ of Habeas Corpus be denied. Petitioner has not filed written objections to Judge Noce's recommendation.

The Court has reviewed the entire record of the pleadings filed in this matter. For the reasons set forth in Judge Noce's thorough and well reasoned Report and Recommendation, the Court adopts Judge Noce's Report and Recommendation in its entirely.

Accordingly,

**IT IS HEREBY ORDERED** that the Petition of Guy T. Woolfolk for Writ of Habeas Corpus is denied.

A separate judgment in accordance with this Opinion, Memorandum and Order is entered this same date.

Dated this 20th day of March, 2012.

_____

HENRY EDWARD AUTREY

UNITED STATES DISTRICT JUDGE